**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-CV-2416-RM-CBS

DIVERSATEX, INC., d/b/a ROCKY MOUNTAIN CONCEPTS,

    Plaintiff,

vs.

NORTHWEST ART MALL, INC., and WILKES PETTYJOHN,

    Defendant.

## ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' Stipulation for Dismissal with Prejudice (the "Stipulation"), and being fully advised in the premises, hereby ORDERS as follows:

1. The parties' Stipulation (ECF No. 35) is ACCEPTED;
2. The above-captioned matter is DISMISSED WITH PREJUDICE; and
3. Each party shall bear his or its own costs and attorneys' fees.

DATED this 9th day of December, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge